BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
1 South Rosamond Blvd.
Edwards AFB, CA 93524
Phone: (661) 277-4310
Fax: (661) 277-2887

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR MEJIA,<br><br>Defendant. | Citation No: 4422153<br><br><br>**PLEA AGREEMENT** |

Pursuant to Rule 11(c) of the Federal Rules of Criminal Procedure, the United States of America, by and through Benjamin B. Wagner, the United States Attorney for the Eastern District of California, and Special Assistant United States Attorney Christopher R. Pilch, and Defendant Oscar Mejia, have agreed as follows:

**I. Agreements by the Defendant.**

A. The Defendant agrees that this Plea Agreement shall be filed with the Court and become a part of the record of the case.

B. The Defendant agrees to enter a plea of guilty to Citation No: 4422153.

C. The Defendant acknowledges that his plea of guilty is voluntary and that no force, threats, promises, or representations have been made to anybody, nor agreement reached, other than those set forth expressly in this Plea Agreement, to induce the Defendant to plead guilty.

D. Defendant agrees to pay a one hundred dollar ($100.00) fine, inclusive of all penalty

1

assessments.

E. Should the Defendant not be a citizen of the United States, the Defendant hereby acknowledges that adverse immigration consequences, including but not limited to removal from the United States, exclusion from admission into the United States, and/or denial of naturalization in the United States, may result from his plea.

F. The Defendant acknowledges that this agreement has no bearing on any potential administrative action that the Defendant's employer seeks to pursue.

G. The Defendant requests an order for traffic school.

**II. Agreements by the Government.**

A. The Government agrees to recommend a fine of one hundred dollars ($100.00).

B. The Government agrees to waive any mandatory appearance requirement for the Defendant upon execution of this agreement.

C. The Government agrees to recommend an order for traffic school.

**III. Nature, Elements, and Possible Defenses.**

The Defendant has read the charge against him contained in the citation. Further, the Defendant fully understands the nature and elements of the crime in the information to which he is pleading guilty, together with the possible defenses thereto, and has discussed them with his attorney.

**IV. Factual Basis.**

The Defendant concedes that he will plead, and is pleading, guilty to the crimes set forth in the Citation, because he is, in fact, guilty of that offense. The Defendant also agrees that the following are the true and correct facts of this case: on November 24, 2015, at or near Edwards Air Force Base, in the State and Eastern District of California, and in the special maritime and territorial jurisdiction of the United States, the Defendant, Oscar Mejia, did drive a vehicle upon a highway at a speed greater than is reasonable or prudent having due regard for weather, visibility, the traffic on, and the surface and width of, the highway by driving his vehicle at a speed of 73 miles per hour, which was in excess of the posted speed limit of 55 miles per hour.

## V. Waiver of Rights.

The Defendant understands that by pleading guilty he surrenders certain rights, including the following:

A. If the Defendant persisted in a plea of not guilty to the charges against him, he would have the right to a trial.

B. At a trial, the Government would be required to present its witnesses and other evidence against the Defendant, and prove each element of the charge against the Defendant beyond a reasonable doubt. The Defendant would be able to confront those Government witnesses and his attorney would be able to cross-examine them. In turn, the Defendant could present witnesses and other evidence on his own behalf. If the witnesses for the Defendant would not appear voluntarily, he could require their attendance through the subpoena power of the Court. At trial, the Defendant would also have the right to assistance of legal counsel. If he could not afford legal counsel, an attorney would be appointed for him by the Court at no expense to him.

C. At a trial, the Defendant would have a privilege against self-incrimination so that he could decline to testify, and no inference of guilt could be drawn from this refusal to testify. The Defendant understands that by pleading guilty he is waiving all of the rights set forth above, and acknowledges that his attorney has explained to him those rights and the consequences of his waiver of those rights.

**VI. Entire Agreement.**

This plea of guilty is freely and voluntarily made and is not the result of force or threats, or of any promises apart from those specifically set forth in this Plea Agreement. This written agreement sets forth all of the terms of the agreement and is enforceable only as to the terms set forth herein.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: 15 September 2016

CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney

DATED: 15 Sep. 2016

OSCAR MEJIA
Defendant

**O R D E R**

The Court accepts the Plea Agreement, finds a sufficient factual basis for the plea, and finds Defendant, OSCAR MEJIA, guilty of Citation Number 4422153 (California Vehicle Code § 22350, assimilated under 18 U.S.C. § 13), dated April 29, 2016.

The Court sentences OSCAR MEJIA to pay a $100.00 fine and orders him to complete traffic school. He SHALL complete traffic school and provide proof of completion of traffic school and make so that it is received at the address provided herewith, no later than December 14, 2016. He SHALL make his fine amount payment at the same time and in the same mailing that he provides his proof of completion of traffic school. No further appearances are required.

IT IS SO ORDERED.

DATED: 9/15/16

HON. JENNIFER L. THURSTON
United States Magistrate Judge